UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

FEB - 9 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. C 05- 94 M |
| MICHAEL ESCOBEDO | | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about October 30, 2004, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely the Corpus Christi Naval Air Station, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MICHAEL ESCOBEDO,

did unlawfully drive and operate a motor vehicle in a public place while intoxicated, namely, while having either an alcohol concentration of 0.08 or more; or while not having the normal use of mental or physical faculties by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, or a combination of two or more of those substances into the body.

In violation of Section 49.04 of the Penal Code of the State of Texas and Title 18, United States Code, Sections 7 and 13.

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

By: _____
ROBERT D. THORPE JR.
Assistant United States Attorney